175 A.3d 153

STEVEN GROHS, APPELLANT-PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT.

C–255 September Term 2017
079247

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000820–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 153

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD BARGE, DEFENDANT-PETITIONER.

C–257 September Term 2017
079869

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000385–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied without prejudice to any application defendant may make to the trial court regarding alleged newly discovered evidence.